# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MARION LAMONT SHERROD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00048-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| SID HARKLEROAD, Superintendent at North Carolina Department of Corr.; JOHN MORGAN, Medical Provider at North Carolina Department of Corr.; FNU EDWARDS; STEPHEN SHOOK, Sgt. Officer at North Carolina Department of Corr.; PATRICIA MCENTIRE, E-Unit Manager at North Carolina Department of Corr.; MARGARET JOHNSON, Nurse at North Carolina Department of Corr.; LARRY BASS, Nurse at North Carolina Department of Corr., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2016 Order.

March 30, 2016

Frank G. Johns, Clerk
United States District Court