UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-48-RJC

| MARION LAMONT SHERROD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| SID HARKLEROAD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In this civil rights prisoner action brought pursuant to 42 U.S.C. § 1983, the Court granted Defendants' motion for judgment on the pleadings. (Doc. No. 132). Plaintiff appealed the Court's judgment in favor of Defendants and the Fourth Circuit reversed, and the matter is now ripe for trial. Sherrod v. Harkleroad, 674 Fed. Appx. 265 (4th Cir. 2017). Plaintiff has previously requested the appointment of counsel, and those requests were denied due to the lack of exceptional circumstances. However, attorneys Aaron C. Lang and Jonathan Watkins of the law firm of Moore and VanAllen have indicated their willingness to provide *pro bono* representation to Plaintiff in this action. Therefore, if Plaintiff consents to the representation, these attorneys shall enter notices of appearance and will represent Plaintiff on a *pro bono* basis at trial, which will commence on January 2, 2018.

**IT IS HEREBY ORDERED** that Aaron C. Lang and Jonathan Watkins are requested to serve as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and, if Plaintiff consents to the representation, they shall file notices of appearance.

Signed: September 7, 2017

Robert J. Conrad, Jr.
United States District Judge