UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-48-RJC

| MARION LAMONT SHERROD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SID HARKLEROAD, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is scheduled for trial on January 2, 2018, at 9:30 a.m. in Courtroom 2-1, 410 W. Trade St., Charlotte, North Carolina. Plaintiff Marion Lamont Sherrod, offender number #0553222, is currently in the custody of Maury Correctional Institution, P.O. Box 506, Maury, North Carolina, 28554.

**IT IS, THEREFORE, ORDERED** that the Warden at Maury Correctional Institution must transport Plaintiff to the trial and then return him to Maury Correctional Institution at the conclusion of the trial.

Signed: September 7, 2017

Robert J. Conrad, Jr.
United States District Judge