UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-48-RJC

| | |
|---|---|
| MARION LAMONT SHERROD,   )   | |
| )   | |
| Plaintiff,   )   | |
| )   | |
| vs.   )   | |
| )   | |
| )   | **AMENDED ORDER** |
| )   | **TO TRANSPORT PLAINTIFF** |
| SID HARKLEROAD, et al.,   )   | |
| )   | |
| Defendants.   )   | |
| _____ )   | |

**THIS MATTER**, originally scheduled for trial on January 2, 2018, has been reset for **March 5, 2018**, at 9:30 a.m. in Courtroom 2-1, 410 W. Trade St., Charlotte, North Carolina. Plaintiff Marion Lamont Sherrod, offender number #0553222, is currently in the custody of Maury Correctional Institution in Maury, North Carolina.

**IT IS, THEREFORE, ORDERED** that the Warden at Maury Correctional Institution must transport Plaintiff to the trial and then return him to Maury Correctional Institution at the conclusion of the trial.

Signed: September 18, 2017

_____
Robert J. Conrad, Jr.
United States District Judge