**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:12-cv-48-RJC**

| | |
|---|---|
| **MARION LAMONT SHERROD,** )<br> )<br> **Plaintiff,** )<br> )<br>**vs.** )<br> )<br> )<br> )<br> )<br>**SID HARKLEROAD, et al.,** )<br> )<br> **Defendants.** )<br>_____ ) | <br><br><br><br><br><br>**SECOND AMENDED ORDER**<br>**TO TRANSPORT PLAINTIFF** |

**THIS MATTER**, has been reset for **March 5, 2018**, at 9:30 a.m. in Courtroom 2-1, **410 W. Trade St., Charlotte**, North Carolina. Review of the North Carolina Department of Public Safety's website[1] reveals that Plaintiff Marion Lamont Sherrod, offender number #0553222, is now in the custody of Tabor Correctional Institution in Tabor City, North Carolina.

Because Mr. Sherrod is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Sherrod while he is in the courthouse. The Warden shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Sherrod for the duration of the trial in this matter.

**IT IS, THEREFORE, ORDERED** that the Warden at Tabor Correctional Institution must transport Plaintiff to the trial and then return him to Tabor Correctional Institution at the conclusion of the trial.

---
[1] See www.ncdps.gov.

1

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the Warden of the Tabor Correctional Institution, and Lieutenant Oxendine at the Tabor Correctional Institution, 4600 Swamp Fox Hwy W, Tabor City, NC 28463.

Signed: February 6, 2018

Robert J. Conrad, Jr.
United States District Judge