**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-48-RJC**

| | |
|---|---|
| **MARION LAMONT SERROD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **THIRD AMENDED ORDER** |
| ) | **TO TRANSPORT PLAINTIFF** |
| **SID HARKLEROAD, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER**, has been set for trial beginning **March 5, 2018**, at 9:30 a.m. in Courtroom 2-1, 410 W. Trade St., Charlotte, North Carolina. Review of the North Carolina Department of Public Safety's website[1] reveals that Plaintiff Marion Lamont Sherrod, offender number #0553222, is now in the custody of Tabor Correctional Institution in Tabor City, North Carolina.

Because Mr. Sherrod is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Sherrod while he is in the courthouse. The Warden shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Sherrod for the duration of the trial in this matter. **The Warden shall ensure that Mr. Sherrod is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at Tabor Correctional Institution must

---

[1] See www.ncdps.gov.

transport Plaintiff to the trial for each and every day of the trial, until the trial is completed, and then return him to Tabor Correctional Institution at the conclusion of the trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the Warden of the Tabor Correctional Institution, and Lieutenant Oxendine at the Tabor Correctional Institution, 4600 Swamp Fox Hwy W, Tabor City, NC 28463.

Signed: March 5, 2018

Robert J. Conrad, Jr.
United States District Judge