# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Marion Lamont Sherrod, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00048-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Patricia McEntire, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 6, 2018 Verdict.

March 6, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court